## MISSION OF THE VIRGIN v. CRONIN.

(Supreme Court, General Term, Second Department. December 12, 1892.)

ADVERSE POSSESSION—WHAT CONSTITUTES.

　　Peaceable and uncontroverted possession of premises for a period of 40 years justifies the presumption of an ancient grant.

Appeal from circuit court.

Action by Mission of the Virgin against one Cronin. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

Abner C. Thomas, for appellant.

James F. Swanton, for respondent.

PRATT, J. The various exceptions taken at the trial to the admission and exclusion of evidence, not being urged on the appeal, do not require discussion, and we believe that they do not bear upon the point decisive of the cause. We think the testimony supports the decision of the circuit judge, to the effect the grantors of Judge Donohue were in possession of the premises as far back as 1850, to which no adverse claim was made, which possession was absolutely peaceable and uncontroverted.

At the time defendant entered the premises the plaintiff and its prede-cessors in the title had been in such possession over 40 years. The lapse of time justifies the presumption of an ancient grant. Judgment affirmed, with costs. All concur.